IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MARIA DEL CARMEN Y. MENDOZA §
and CARMINA M. VILLA d/b/a §
HAIRMASTERS, §
§
Plaintiffs, §
§
VS. § CIVIL ACTION NO. SA-01-CA-0937-FB
§
REGIS CORPORATION, HAIRMASTERS §
1 thru 8, and MASTERCUTS 1 and 2, §
§
Defendants. §

FILED
APR - 4 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## ORDER ACCEPTING MEMORANDUM AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has considered the Memorandum and Recommendation of the United States Magistrate Judge filed in the above styled and numbered cause on January 29, 2008 (docket #111), Plaintiffs' Objections to Magistrate Judge Nowak's Memorandum and Recommendation filed February 8, 2008 (docket #113), and Defendants' Response to Plaintiffs' Objections to Magistrate Judge Nowak's Memorandum and Recommendation (docket #114).

Where no party has objected to a Magistrate Judge's Memorandum and Recommendation, the Court need not conduct a de novo review of them. See 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only review the Memorandum and Recommendation and determine whether they are either clearly erroneous or contrary to law. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir.), cert. denied, 492 U.S. 918 (1989).

On the other hand, any Memorandum or Recommendation to which there are objections requires de novo review by the Court. Such a review means that the Court will examine the entire record, and will make an independent assessment of the law. The Court need not, however,

conduct a de novo review when the objections are frivolous, conclusive, or general in nature. Battle v. United States Parole Commission, 834 F.2d 419, 421 (5th Cir. 1987).

The Court has reviewed plaintiffs' objections claiming the Magistrate Judge erred in finding the plaintiffs did not exercise billing judgment and thereby reduced the hours claimed by plaintiffs by 10% and in not enhancing the lodestar amount of this exceptional case and has conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation with respect to those matters properly raised by the objections. See Memorandum and Recommendation at pages 11. The Court finds the objections to the Magistrate Judge's Recommendation are without merit. This Court hereby accepts, approves, and adopts the Magistrate Judge's factual findings and legal conclusions contained in the Memorandum and Recommendation.

Therefore, the Memorandum and Recommendation shall be accepted pursuant to 28 U.S.C. § 636(b)(1) such that plaintiffs be awarded attorney's fees in the amount of $83,965.05 and costs in the amount of $16,871.41.

Accordingly, it is hereby ORDERED that the Recommendation of the United States Magistrate Judge, filed in this case on January 29, 2008 (docket #111), is ACCEPTED such that plaintiffs are HEREBY AWARDED attorney's fees in the amount of EIGHTY THREE-THOUSAND NINE HUNDRED SIXTY-FIVE AND 05/100 ($83,965.05) DOLLARS plus costs in the amount of SIXTEEN THOUSAND EIGHT HUNDRED SEVENTY-ONE AND 41/100 DOLLARS ($16,871.41).

It is so ORDERED.

SIGNED this 4 day of April, 2008.

FRED BIERY
UNITED STATES DISTRICT JUDGE